■ Hiromi S. Murtari, Respondent, v John Murtari, Appellant. (Appeal No. 2.) [671 NYS2d 389] —Judgment unanimously affirmed without costs and counsel fees on appeal awarded. Same Memorandum as in *Murtari v Murtari* (249 AD2d 960 [decided herewith]). (Appeal from Judgment of Supreme Court, Onondaga County, Major, J.—Support.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

■ The People of the State of New York, Respondent, v James John Fuller, Appellant. [671 NYS2d 390] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.